| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Elrod, Jennifer W. | 2. Court or Organization<br><br>Fifth Circuit Court of Appeals | 3. Date of Report<br><br>5/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Court of Appeals, Active Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>515 Rusk Avenue, 12th Floor<br>Houston, TX 77002-2603 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member and Chair-Elect | Texas Center for Legal Ethics |
| 2. Board Member | Houston Urban Debate League |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2011 | Employee Retirement System of Texas (since 2002), no control - not vested |
| 2. 2011 | Texas County and District Retirement System (since 2002), no control - not vested |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 5/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Whitefence Inc., - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Texas Center for Legal Ethics | 1/21/2011 | Austin, TX | TCLE Board Meeting | Transportation, meals |
| 2. | Brigham Young University | 2/18/2011 | Dallas, TX | Conference | Transportation, meals |
| 3. | Texas Center for Legal Ethics | 2/24/2011 | Austin, TX | Board Meeting | Transportation, meals |
| 4. | Alabama School of Law | 3/23/2011 | Tuscaloosa, AL | Judging moot court | Transportation, meals |
| 5. | Texas Tech Law School | 4/8/2012 | Lubbock, TX | Teaching: Legal Practice | Transportation, meals |
| 6. | Texas Tech Law School | 4/11-4/13/2011 | Lubbock, TX | Teaching: Complex Litigation | Transportation, hotel, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 5/15/2012 |

| # | | | | |
|---|---|---|---|---|
| 7. | Texas Tech Law School | 4/19-4/20/2011 | Lubbock, TX | Teaching: Employment Law | Transportation, meals |
| 8. | Texas Center for Legal Ethics | 5/9/2011 | Austin, TX | Meeting with Texas Supreme Court | Transportation, meals |
| 9. | Texas Center for Legal Ethics | 5/12-5/13/2011 | Dallas, TX | Board Meeting | Transportation, hotel, meals |
| 10. | Texas Tech Law School | 6/27/2011 | Lubbock, TX | Teaching: Professional Responsibility | Transportation, hotel, meals |
| 11. | University of Texas Law School | 8/12/2011 | Galveston, TX | Speaking: Bankruptcy CLE | Transportation, hotel, meals |
| 12. | Texas Center for Legal Ethics and State Bar of Texas | 9/15-9/16/2011 | El Paso, TX | Board meeting and State Bar meeting | Transportation, hotel, meals |
| 13. | Texas Center for Legal Ethics | 10/14/2011 | Austin, TX | Teaching: Guide to Basics for New Lawyers | Transportation, hotel, meals |
| 14. | Brigham Young University | 10/27-10/28/2011 | Provo, UT | Judge moot court | Transportation, hotel, meals |
| 15. | Mississippi College School of Law | 11/10/2011 | Jackson, Mississippi | Judge moot court; Lecture: Brief Writing | Transportation, meals |
| 16. | Federalist Society | 11/11-11/12/2011 | Washington, DC | Moderator: National lawyers convention | Transportation, hotel, meals |
| 17. | Texas Center for Legal Ethics | 11/30/2011 | Austin, TX | Meetings with Staff and others on ethics education | Transportation, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 5/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | Wells Fargo | Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Elrod, Jennifer W. | | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | DREYFUS BOND MKT INDEX (IRA) | A | Dividend | K | T | | | | | |
| 2. | BlackRock Bond Index | A | Dividend | J | T | Sold (part) | 7/29/11 | J | | |
| 3. | Schwab MktMgr INTL (IRA) | A | Dividend | L | T | | | | | |
| 4. | Schwab Small Cap Index Fund | C | Dividend | L | T | | | | | |
| 5. | Schwab Total Stk Mkt-SEL | B | Dividend | L | T | | | | | |
| 6. | Vanguard Growth Index Fund (457 Plan) | A | Dividend | K | T | Sold (part) | 7/29/11 | K | | |
| 7. | Vanguard Lifestrategy Growth (IRA) | B | Dividend | M | T | | | | | |
| 8. | Vanguard College Savings Iowa 529 Age - based Savings Track A | A | Dividend | J | T | | | | | |
| 9. | Texas County and District Retirement System | A | Interest | J | T | | | | | |
| 10. | Employee Retirement System of Texas | B | Interest | K | T | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennifer W. Elrod**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544